# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MCCLENTON** and **MUMIA ABU-JAMAL,** Plaintiffs<br><br>v.<br><br>**JOHN WETZEL**, *et al.*, Defendants | No. 1:20-cv-681<br><br>(Judge Rambo) |

## ORDER

**AND NOW**, on this 19th day of January 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The motion for summary judgment (Doc. No. 30) filed by Defendants is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants John Wetzel, Tabb Bickell, Michael Wenerowicz, and Trevor Wingard and against Plaintiffs Michael McClenton and Mumia Abu-Jamal; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge
